| | |
|---|---|
| Michael Flynn-O'Brien (SBN 291301) | ERIC BALL (CSB No. 241327) |
| mflynnobrien@bdiplaw.com | eball@fenwick.com |
| Denise M. De Mory (SBN 168076) | MICHAEL KANACH (CSB No. 271215) |
| ddemory@bdiplaw.com | mkanach@fenwick.com |
| BUNSOW DE MORY LLP | FENWICK & WEST LLP |
| 701 El Camino Real | 801 California Street |
| Redwood City, CA 94063 | Mountain View, CA  94041 |
| Telephone: (650) 351-7248 | Telephone:     650.988.8500 |
| Facsimile: (415) 426-4744 | Facsimile:      650.938.5200 |

*Attorneys for Defendants*
WINWAY TECHNOLOGY CO. LTD., and
WINWAY TECHNOLOGY INTERNATIONAL, INC.

SAUL EWING ARNSTEIN & LEHR LLP
Courtland C. Merrill (*Pro Hac Vice*)
courtland.merrill@saul.com
33 South Sixth Street, Suite 4750
Minneapolis, MN 55402
Telephone: (612) 225-2800

SAUL EWING ARNSTEIN & LEHR LLP
Brian R. Michalek (CSB No. 302007)
Brian.michalek@saul.com
161 N. Clark St., Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
Facsimile: (312) 876-0288

*Attorneys for Plaintiff*
JOHNSTECH INTERNATIONAL CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNSTECH INTERNATIONAL CORP., | Case No. 3:21-CV-05466 SI |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| WINWAY TECHNOLOGY CO. LTD., and WINWAY TECHNOLOGY INTERNATIONAL, INC., | |
| Defendants. | |

Plaintiff Johnstech International Corp. ("Plaintiff") and Winway Technology Co. Ltd., and Winway Technology International, Inc., (collectively, "Defendants"), parties to the above-entitled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to the

dismissal, with prejudice, of Plaintiff's claims against Defendants and Defendants' counterclaims against Plaintiff in this action.  Each party shall bear its own costs and attorneys' fees.

Dated: May 12, 2022					BUNSOW DE MORY LLP

							By:  /s/ *Michael E. Flynn-O'Brien*
							       Michael E. Flynn-O'Brien

							*Attorneys for Defendants*
							WINWAY TECHNOLOGY CO. LTD.,
							and WINWAY TECHNOLOGY
							INTERNATIONAL, INC.


Dated: May 12, 2022					SAUL EWING ARNSTEIN & LEHR LLP

							By:  /s/ *Courtland C. Merrill*
							       Courtland C. Merrill

							*Attorneys for Plaintiff*
							JOHNSTECH INTERNATIONAL CORP.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: May 18, 2022

_____
Honorable Susan Illston
United States District Judge